IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07- 920 |
| | ) | |
| REAL PROPERTY KNOWN AS LOT NO. 234, SANDYWOOD PLACE PHASE 2 PLAN OF LOTS, MANOR BOROUGH WESTMORELAND  COUNTY, PENNSYLVANIA, including all improvements, fixtures and appurtenances thereto and therein; | ) ) ) ) ) ) ) ) | |
| | ) | |
| REAL PROPERTY KNOWN AND NUMBERED AS 7232 ROOSEVELT STREET, PITTSBURGH, ALLEGHENY COUNTY, PENNSYLVANIA 15235, including all improvements, fixtures and appurtenances thereto and therein; | ) ) ) ) ) ) | |
| | ) | |
| REAL PROPERTY KNOWN AND NUMBERED AS 2411 IRWIN AVENUE, MCKEESPORT, ALLEGHENY COUNTY, PENNSYLVANIA 15132, including all improvements, fixtures and appurtenances thereto and therein; | ) ) ) ) ) ) | |
| | ) | |
| CERTAIN PERSONAL PROPERTY OF DOUGLAS COLE; | ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF COURT

AND NOW, this __27th__ day of __Aug.__, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby

approved, the specific terms of which are incorporated by reference herein as if fully set forth and that this civil forfeiture action is stayed until further Order of Court. The United States will notify the Court upon the conclusion of the related criminal investigation. The United States may advertise this action in accordance with federal forfeiture law. All of the respective rights of the parties are preserved during the stay period. The clerk shall mark this case administratively closed.

Donetta W. Ambrose
J.